# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00266-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas// Cross-Appellant, Duncan Burch, Inc.**

**v.**

**Appellee, Duncan Burch, Inc.// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, the Office of the Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-000482, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was stayed as discussed by memorandum opinion dated May 14, 2019, after Duncan Burch, Inc. filed for bankruptcy protection. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. The parties have filed joint motions to reinstate and to dismiss this appeal. *See* Tex. R. App. P. 8.3(a). We grant the joint motions and reinstate and dismiss this appeal pursuant to the parties' agreement. *Id.* R. 42.1(a)(2).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Joint Motion

Filed: November 15, 2022